IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BILLY JO BLAHA,

Plaintiff,

v.

SAUK COUNTY and BLAKE ZIBELL,

Defendants.

Case No. 24-cv-834-jdp

# JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff Billy Jo Blaha against Defendants Sauk County and Blake Zibell in the amount of $5001.

/s/ Deputy Clerk
Joel Turner, Clerk of Court

03/09/2026
Date